# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONEY A. GALLO

NO. 2021 KW 0727

OCTOBER 5, 2021

In Re:    Toney A. Gallo, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801969.

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the state's answer, if any, the district court's ruling, the transcript of the guilty plea proceeding, the uniform commitment order, the bill of information, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 9, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT